**FILED**

**JAN 1 1 2007**

GRANT PRICE
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY_____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: § Chapter 11
 §
MOORE MEDICAL CENTER, LLC, § Case No. 06-12867
 §
 Debtor. §
 §

## FINAL ORDER AUTHORIZING EMPLOYMENT OF GARDERE WYNNE SEWELL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF DECEMBER 21, 2006

This matter having come before this Court upon the *Application For Final Order Authorizing Employment Of Gardere Wynne Sewell LLP As Counsel To The Official Committee Of Unsecured Creditors Effective As Of December 21, 2006* (this "Application")[1] [Docket No. 205] pursuant to sections 105(a), 327, 330, and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 filed by The Official Committee of Unsecured Creditors (the "Committee"); the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that Gardere represents no other interest or entity having an adverse interest in this chapter 11 case and is a "disinterested" person under section 101(14) of the Bankruptcy Code; the Court finds that the Committee has shown good, sufficient, and sound business purpose and justification for the relief requested in the Application; the Court finds that the relief requested in the Application is in the best interests of the Debtor, its estate and the creditors thereof; the Court finds that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and the Court finds that, on the record herein after

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

FINAL ORDER AUTHORIZING EMPLOYMENT OF GARDERE WYNNE
SEWELL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS EFFECTIVE AS OF DECEMBER 21, 2006—PAGE 1 OF 3

DALLAS 1741267v1

due deliberation thereon, good and sufficient cause exists for granting the relief requested therein; accordingly

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is **GRANTED**.

2. The Committee is hereby authorized pursuant to section 327 of the Bankruptcy Code to employ and retain Gardere as its counsel effective as of December 21, 2006; as such, Gardere is authorized to provide such professional services necessary in this case.

3. Gardere shall represent the Committee at a fee commensurate with its normal hourly rates.

4. Gardere shall be compensated in accordance with the terms and conditions of Gardere's engagement with the Committee, as set forth in the Application, the procedure set forth in 11 U.S.C. §§ 330 and 331, and under such Bankruptcy Rules as may be applicable from time to time, and such procedures as may be fixed by order of this Court.

So ordered this ____ day of _____ 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

FINAL ORDER AUTHORIZING EMPLOYMENT OF GARDERE WYNNE
SEWELL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS EFFECTIVE AS OF DECEMBER 21, 2006—PAGE 2 OF 3

DALLAS 1741267v1

Agreed to and submitted by:

*(signature)*

Stephen McCartin (TX 13374700) *Pro Hac Pending*
Marcus A. Helt (TX 24052187) *Pro Hac Pending*
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.4526
Facsimile: 214.999.3526

COUNSEL TO BROOK MAYS MUSIC COMPANY


—AND—

FELICIA S. TURNER
UNITED STATES TRUSTEE

HERBERT M. GRAVES
ASSISTANT UNITED STATES TRUSTEE

*(signature)*

Charles E. Snyder (OK 8441)
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
Telephone: 405.231.5961
Facsimile: 405.231.5958

FINAL ORDER AUTHORIZING EMPLOYMENT OF GARDERE WYNNE
SEWELL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS EFFECTIVE AS OF DECEMBER 21, 2006—PAGE 3 OF 3

DALLAS 1741267v1