FILED
Aug 02 2007
01:49 PM
US Bankruptcy Court
Western District Of Oklahoma

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| MOORE MEDICAL CENTER, LLC | ) | BK-06-12867-WV |
| Debtors. | ) | Chapter 7 |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF EIDE BAILLY, LLP AS ACCOUNTANTS TO DEBTOR AND BRIEF IN SUPPORT

Douglas Gould, Trustee, hereby respectfully applies to the Court pursuant to 11 U.S.C. §328(a) and Fed. R. Bankr. P. 2014(a) for approval of the Trustee's employment of the accounting firm of Eide Bailly, LLP ("Eide Bailly") as accountants to the Trustee, effective as of the date of this Application (the "Application") for the limited purpose of assisting the Trustee in the preparation of CHAMPUS reports. In support of this Application, the Trustee would show the Court as follows:

1.  The Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on October 28, 2006 (the "Petition Date") in the United States Bankruptcy Court for the Western District of Oklahoma.

2.  The case was converted to Chapter 7 and the Chapter 7 Trustee was appointed on June 6, 2007.

3.  Trustee requires the services of an accountant to assist the Trustee in preparing Moore Medical Center CHAMPUS Reports.

4.  The Trustee wishes to employ Eide Bailly as its agent because of that company's experience and qualifications to render the services described above. Eide Bailly's offices are located at 1601 N.W. Expressway, Oklahoma City, Oklahoma 73118.

5.  The Trustee believes that Eide Bailly does not hold or represent any interest adverse to the Debtor or the Debtor's bankruptcy estate and that Eide Bailly is a "disinterested

person" as defined in 11 U.S.C. § 101(14). Attached hereto as Exhibit "A" in support of the Application is the Affidavit of Richard D. Wagner (the "Affidavit"), who is the partner of Eide Bailly.

6. Based on the Affidavit of Richard D. Wagner it is the Trustee's understanding that Eide Bailly has no connection with the above-captioned Debtor, its creditors, equity security holders, other parties-in-interest (as reasonably known) or its respective attorneys, except as disclosed in the supporting Affidavit.

7. The Trustee and Eide Bailly have agreed to enter into an Agreement for Eide Bailly to prepare the CHAMPUS Reports for a flat fee of $7,500.00 each, plus out-of-pocket expenses.

8. Final approval and allowance of Eide Bailly's fees and expenses will be subject to application and approval by this Court pursuant to the standard set forth in Bankruptcy Code §328 and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules corresponding local rules, prior order of this Court and guidelines established by the Office of the United States Trustee.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order substantially in the form attached hereto authorizing the Trustee to employ Eide Bailly as accountants for Trustee for the purposes set forth above, effective as of the date hereof and grant such further relief as is just and proper.

Dated this ___ day of August, 2007.

*/s/ Gould*

Douglas N. Gould, OBA #3500
Douglas N. Gould, P.L.C.
210 Park Avenue, Suite 2050
Oklahoma City, Oklahoma 73102
Telephone: (405) 319-1717
Facsimile: (405) 416-0014
Attorneys for Trustee

2

## CERTIFICATE OF SERVICE

This is to certify that service of the foregoing document was effected through Electronic Notice for Registered Participants and, unless an alternative means of service is set forth below, has been sent by United States Mail, first class postage prepaid, to the parties listed on the Limited Service List attached hereto on this 2nd day of August. 2007.

*/s/ Douglas N. Gould*
DOUGLAS N. GOULD

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                )
MOORE MEDICAL CENTER, LLC             )    BK-06-12867-WV
      Debtors.                        )    Chapter 7

AFFIDAVIT OF RICHARD D. WAGNER IN SUPPORT
OF TRUSTEE'S APPLICATION TO EMPLOY EIDE BAILLY, LLP

Richard D. Wagner, FHFMA, CPA, of the firm Eide Bailly, LLP, ("Eide Bailly") states as follows:

1.  I am a partner of Eide Bailly, LLP, and I am authorized to make this statement on its behalf.

2.  I submit this affidavit in support of the application ("Application") filed by Douglas Gould ("Trustee") seeking to retain Eide Bailly as accountants for the limited purpose of preparing the Debtor's CHAMPUS Reports in compliance with applicable CHAMPUS rules and regulations.

3.  For its services to the Trustee, Eide Bailly will charge the Trustee a flat fee of $7,500.00 per report, plus direct out-of-pocket expenses.

4.  Final approval and allowance of Eide Bailly's fees and expenses will be subject to application and approval by this Court pursuant to the standard set forth in Bankruptcy Code §328(a), and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, prior orders of this Court, and guidelines established by the Office of the United States Trustee.

5.  Eide Bailly reviewed the Debtor's Schedules and Matrix and reports that it has the following connections with these entities:

On or about November 8, 2006, Eide Bailly was retained as accountants to the Debtors in the jointly administered bankruptcy cases of TSG, Inc., et al., currently pending before the United States Bankruptcy Court for the Eastern District of Oklahoma as Case No. 06-80899. TSG, Inc. formerly served as the Debtor's manager.

6. It is possible that Eide Bailly has represented other entities who are creditors or parties-in-interest in this case. However, Eide Bailly believes that in each case, Eide Bailly's representation of any such entity was on matters unrelated to the Debtor.

7. To the best of the undersigned's knowledge and belief, Eide Bailly has no connection with parties with interests adverse to the Debtor's bankruptcy estate that would be material to its ability to represent the Trustee for the Debtor under the provisions of the Bankruptcy Code. After consultation with the Trustee, Eide Bailly further believes that it is a "disinterested person" as that term is defined in §101(14) of the Bankruptcy Code.

EIDE BAILLY, LLP.

By: _____
Richard D. Wagner

State of Oklahoma  )
                   )ss
County of Oklahoma )

Subscribed and sworn to before me this 2 day of August, 2007

_____
Notary Public

My Commission Expires:

December 1, 2010

Notary Public Oklahoma
OFFICIAL SEAL
JOAN KNIGHT
Tulsa County
02019381 Exp. 12-1-10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re: )
MOORE MEDICAL CENTER, LLC ) BK-06-12867-WV
    Debtors. ) Chapter 7

## OFFICIAL LIMITED SERVICE LIST AS OF JULY 31, 2007

**Debtor**
Joseph A. Friedman
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
E-mail: jfriedman@krcl.com; ecf@krcl.com

Moore Medical Center, LLC
Attn: Cindy Carmichael
700 South Telephone Road
Moore, OK 73160
E-mail: ccarmichael@mooremedicalcenter.com

Richard Klinge
Michael Schuster
TSG, Inc.
3555 NW 58th Street
Suite 1000
Oklahoma City, OK 73112
E-mail: rklinge@tsgincorporated.com
mschuster@tsgincorporated.com

TSG, Inc., Manager
Jay McKinsey
Chief Financial Officer TSG, Inc.
3555 NW 58th Street
Suite 1000
Oklahoma City, OK 73112
E-mail: jvmckinsey@drpayne.com

**United States Trustee**
Charles Snyder, Asst. U.S. Trustee
215 Dean A. McGee Avenue, Suite 408
Oklahoma City, OK 73102
E-mail: charles.snyder@usdoj.gov

**Chapter 7 Trustee**
Douglas N. Gould
210 W Park Ave
Suite 2050
Oklahoma City, OK 73102

**Secured Creditors and their Counsel**
HCI Secured Medical Receivables
 Special Purpose Corporation
Attn: Mr. Steven Nitsberg
545 Fifth Avenue, 9th Floor
New York, NY 10017
E-mail: snitsberg@healthcapitalinvestors.com

David B. Tatge
Epstein, Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
E-mail: dtatge@ebglaw.com

G. Blaine Schwabe
Mock, Schwabe, Waldo, Elder, Reeves, & Bryant
Two Leadership Square, 14th Floor
Oklahoma City, OK 73012
E-mail: gschwabe@mswerb.com

GMAC Commercial Mortgage Corporation
12444 Powercourt Drive
Suite 400
St. Louis, MO 63131

GMAC Commercial Mortgage Corporation
Attn: Loan Servicing
200 Witmer Road
Horsham, PA 19044

F. Scott Molnar
Bryne, Costello & Pickard, P.C.
Mony Tower I
100 Madison Street, Suite 800
Syracuse, NY 13202
E-mail: smolnar@bcplegal.com

Capmark Finance, Inc.
12444 Powerscourt Drive, Suite 400
Saint Louis, MO 63131
Attn: Joan Wantland

Valliance Bank
1601 Northwest Expressway, Suite 100
Oklahoma City, OK 73118
Fax: (405) 286-5799

Melvin R. McVay Jr.
Phillips McFall McCaffrey McVay & Murrah, P.C.
One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
E-mail: MRMcVay@phillipsmcfall.com
vjbuchanan@phillipsmcfall.com

Standleys Systems
528 Iowa
Chickasha, OK 73018

Becton Dickinson & Co
1 Becton Drive
Franklin Lakes, NJ 07417

Breshears Enterprises, Inc.
20 South May Avenue
Oklahoma City, OK 73107

First Federal Leasing
P.O. Box 1145
Richmond, IN 47375

Hall Oklahoma Medical Lender LLC
c/o David Machman
6801 Gaylord Parkway
Suite 100
Frisco, TX 75034
E-mail: dnachman@hallfinancial.com

Frank Wright
Hance Scarbrough Wright
600 Signature Place
14755 Preston Road
Dallas, Texas 75254
E-mail: fwright@hswgb.com

Larry G. Ball
Hall, Estill, Hardwick et al.,
100 North Broadway
Chase Tower, Suite 2900
Oklahoma City, OK 73102-8865
E-mail: lball@hallestill.com

Mill Creek Carpet & Tile Company
501 NW 27th
Moore, OK 73160

Oscar J. Boldt Construction Co
101 W. Hefner Road
Oklahoma City, OK 73114-6631

**Governmental Entities**
U.S. Department of Housing
  And Urban Development
Attn: Bam V. Gressett
301 NW 6th Street, Suite 200
Oklahoma City, OK 73102
E-mail: bam_v._gressett@hud.gov

Glenn D. Gillett
Trial Attorney
U.S. Department of Justice
1100 L Street N.W.
Room 10018
Washington, D.C. 20530
E-mail: Glenn.Gillett@usdoj.gov

Department of Housing and Urban Development
451 7th Street SW, Room 9224
Washington, DC 20410
Attn: Roger Miller
E-mail: Roger_E._Miller@hud.gov

Health Resources & Services Administration
26 Federal Building, Room 3337
New York, NY 10278
Attn: Richard Leuschner
E-mail: Rleuschner@hrsa.gov

Internal Revenue Service
Chapter 7, 9, 12, 13 Correspondence
P.O. Box 21126
Philadelphia, PA 19114

Oklahoma Tax Commission Legal Division
P.O. Box 53248
Oklahoma City, OK 73152-3248

Oklahoma Employment Security Commission (OESC)
Legal Division
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma County Service Agent
Carolynn Caudill
Oklahoma County Clerk
320 Robert S. Kerr, Room 105
Oklahoma City, OK 73102-3430

Oklahoma County Filing Information
Forrest "Butch" Freeman
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102-3430

Cleveland County Treasurer
Attn: Saundra DeSelms
201 South Jones, Suite 100
Norman, OK 73069

**Official Unsecured Creditors' Committee**
Get Well Network Inc.
Attn: Jim Condon
7920 Norfolk Ave
Suite 1100
Bethesda, MD 20814

Dade Behring Inc.
Attn: Yesim Brisbane
PO Box 6101
500 GBC Drive, #802
Newark, DE 19714-6101
E-mail: Yesim_Brisbane@dadebehring.com

Oklahoma Blood Institute
Attn: Randy Stark
1001 N. Lincoln Boulevard
Oklahoma City, OK 73104-3251

**Counsel for the Committee**
Marcus Helt
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
e-mail: mhelt@gardere.com

**Patient Care Ombudsman**
E. Marissa Lane, PLLC
100 Park Ave., Suite 400
Oklahoma City, OK 73102

**Notices of Appearance/Request for Notice**
Zimmer
Attn: Catharine Walker
P.O. Box 708
Warsaw, IN 46581-0708

Judy Hamilton Morse, Roger A. Stong,
  William H. Hoch & Regan S. Beatty
Crowe & Dunleavy, PC
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
E-mail: morsej@crowedunlevy.com

Kevin Blaney
Kevin Blaney, P.C.
2601 City Place
204 N. Robinson Avenue
Oklahoma City, OK 73101
e-mail: kblaney@kevinblaney.com
bmorehead@kevinblaney.com

Larry Leemaster and William J. Waterman
c/o Stephen J. Moriarty, Esq.
Andrews Davis
100 North Broadway, Suite 3300
Oklahoma City OK 73102
Fax: (405) 235-8786
E-mail: sjmoriarty@andrewsdavis.com

J. Clay Christensen
Joel W. Harmon
Gary L. Farnum
Day, Edwards, Propester & Christensen, P.C.
2900 Oklahoma Tower, 210 Park Avenue
Oklahoma City, Oklahoma 73102-5605
E-mail: jclay@dayedwards.com

David R. Payne
D.R. Payne & Associates, Inc.
119 N. Robinson, Suite 400
Oklahoma City, OK 73102
E-mail: drpayne@drpayne.com

John W. Cannon
Jones, Gotcher & Bogan, P.C.
3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4309
E-mail: jcannon@jonesgotcher.com

Lynn Welter Sherman
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, FL 33601
E-mail: lsherman@hwhlaw.com

Robert J. Campbell, Jr.
Phillips McFall McCaffrey
McVay & Murrah, P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
E-mail: rjcampbell@phillipsmcfall.com

Medline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060

James Billingsley
Hughes & Luce, LLP
1717 Main Street; Suite 2800
Dallas, TX 75201

Fred S. Morgan
Reynolds, Ridings, Vogt & Morgan, PLLC
2200 First National Center
120 North Robinson
Oklahoma City, OK 73102

Bernard Jones
McAfee & Taft
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103

Rick L. Denker
Denker & Butler, PLLC
4700 N.W. 23rd Street, Suite 112
Oklahoma City, OK 73127
E-mail: rick@denkerbutler.com

Doneen Douglas Jones
Fellers, Snider, Blankenship,
  Bailey & Tippens
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820

Michael A. Rubenstein
1503 East 19th Street
Edmond, OK 73013

Joyce Kuppel
Carrier Corporation
P.O. Box 4808, Bldg TR-5
Syracuse, NY 13221

Neal J. Orleans
Goins, Underkofler, Crawford & Langdon, LLP
1201 Elm Street, Suite 4800
Dallas, TX 75270

W. Davidson Pardue
Eagleton & Nicholson
100 N. Broadway, Suite 3100
Oklahoma City, OK 73102

Mark W. Kuehling
5900 N.W. Grand Blvd.
Oklahoma City, OK 73118-1295

Monty L. Cain
Foshee & Yaffe
PO Box 890420
Oklahoma City, OK 73189

Bonnie N. Hackler
Hall, Estill, Hardwick, et al.,
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708

Mark A. Craige
Morrel Saffa Craige Hicks et al.,
3501 South Yale Avenue
Tulsa, Oklahoma 74135-8014
e-mail: mark@law-office.com

Margery N. Reed
Wendy M. Simkulak
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
e-mail: mreed@duanemorris.com
         wmsimkulak@duanemorris.com

Baxter Healthcare
Attn: Gail D'Slesandro – DF4/2E
1 Baxter Parkway
Deerfield, IL 60015-4625

Jeffrey E. Tate
Mulinix Ogden Hall Andrews & Ludlam
A Professional Limited Liability Company
3030 Oklahoma Tower
210 W. Park Ave.
Oklahoma City, OK 73102

PC Connection Sales Corp.
c/o Steven E. Grill, Esq.
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101