IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re: )
MOORE MEDICAL CENTER, LLC ) BK-06-12867-WV
    Debtor. ) Chapter 7

FILED
OCT 2 4 2007
GRANT PRICE
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

## ORDER

Upon consideration of the Trustee's Application to employ Epiq Bankruptcy Solutions, LLC., as patient claims and noticing agent, the Court finds, based solely upon representation of Trustee, and that said Application should be granted, and,

IT IS THEREFORE ORDERED that Epiq Bankruptcy Solutions, LLC, employment as patient claims and noticing agent to the Trustee, is hereby approved and that Epiq shall be designated as the official claims register to be used by the Trustee for the purposes of distribution and preparation of final report.

IT IS FURTHER ORDERED that Epiq shall be granted access to the bankruptcy court clerk's original proofs of claim for scanning and maintaining the proofs of patient claim register and it is further ordered that the Trustee is authorized to pay the invoices submitted by Epiq as and when due in the ordinary course as administrative expense obligations of the Debtor's estate pursuant to 28 U.S.C. Section 156.

IT IS SO ORDERED.

OCT 2 4 2007

_____
The Honorable T. M. Weaver

Approved:

_____
Douglas N. Gould Trustee
210 Park Avenue, Suite 2050
Oklahoma City, OK 73102
(405) 319-1717 Telephone
(405) 416-0014 Facsimile

By: _____
UNITED STATES TRUSTEE'S OFFICE