FILED
Jan 02 2008
01:56 PM
US Bankruptcy Court
Western District Of Oklahoma

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: MOORE MEDICAL CENTER, L.L.C., <br><br> Debtor. | Case No. 06-12867-WV <br> Chapter 7 |

### TRUSTEE'S APPLICATION TO EMPLOY COUNSEL; AND AFFIDAVITS OF PROPOSED ATTORNEYS

Douglas N. Gould, Trustee of this Bankruptcy Estate ("Estate"), files this Application to employ James Bellingham, with the law firm of Bellingham, Collins & Loyd as attorney to represent the Estate, and in support thereof states as follows:

1. The Trustee requires the services of an attorney to represent the Estate in the following matters:

    a. To analyze, object and handle hearings on objections to claims and other claims related issues [over 200 claims] (estimated time 100 hours);

    b. To assist the Trustee and Trustee's counsel, Douglas N. Gould P.L.C., in efforts to determine and if necessary pursue preferences (estimated time 150 hours); and

    c. Assist in representing Trustee on any other legal issues that may arise.

2. Because of the past experience of Mr. Bellingham the Trustee feels that they are qualified to represent the Trustee in the matters set forth above.

3. Pursuant to the Declaration attached hereto by Mr. Bellingham, he certifies that he does not hold or represent any interest adverse to that of the Trustee or the Debtor's estate, and that he is a disinterested person within the meaning of 11 U.S.C. §101(14).

4. The Trustee proposes that Mr. Bellingham be employed and compensated for services rendered on the claims on the basis of his normal hourly fees of $200.00 per hour.

WHEREFORE, the Trustee requests that he be authorized to employ James Bellingham as attorney for the Estate, to render services as set forth above, with compensation to be paid for as an administrative expense, and such other amounts as this court may allow.

_____
Douglas N. Gould, Trustee
210 Park Avenue, Suite 2050
Oklahoma City, OK 73102
(405) 319-1717
(405) 416-0014 FAX

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was mailed, postage prepaid, this 2 day of January, 2008, to the following:

Charles Snyder
Office of the U. S. Trustee
215 Dean A. McGee Ave.
Oklahoma City OK 73102

_____
Douglas N. Gould

## AFFIDAVIT OF JAMES BELLINGHAM, ATTORNEY AT LAW

STATE OF OKLAHOMA            )
                             ) ss.
COUNTY OF OKLAHOMA           )

1. I am an attorney duly admitted to practice before all Courts of the State of Oklahoma, as well as this Court.

2. To the best of my knowledge, information and belief, I am a disinterested party within the meaning of 11 U.S.C. §101(14).

3. To the best of my knowledge I have no connection with the debtor, creditors or any other party in interest, their respective attorneys and accountants other than as Trustee for the estate of Moore Medical Center, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 day of January, 2008, in Oklahoma City, Oklahoma.

_____
James Bellingham, Attorney
Bellingham Collins & Loyd
210 Park Avenue, Suite 2050
Oklahoma City, OK 73102
405.235-9371
405.232-1003 (Fax)

SUBSCRIBED AND SWORN to before me this 2 day of January, 2008.

_____
Notary Public

My Commission Expires:
_____