**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In Re:                                                    )
                                                          )
Moore Medical Center, LLC                 )          BK 06-12867-WV
                                                          )          Chapter 7
          Debtor.                                  )

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

    The trustee reports that all orders of the Court have been complied with and that pursuant to the Agreed Order Allowing Trustee's Motion for Authority to Make Interim Distribution to Creditors, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been presented for payment within the prescribed time limit (90 days).  Accompanying this report are checks payable to the Clerk of the Court for amounts, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 0180 | 1187 | Hand Innovation Futurtek<br>PO Box 9610<br>Uniondale, NY  11555 | $848.51 |
| 0157 | 1186 | Sanofi Pasteur, Inc.<br>Discovery Drive<br>Swiftwater, PA  18370 | $2,247.10 |
| 0022 | 1185 | Instrumed Inc.<br>19495 144th Ave. NE, B-210<br>Woodinville, WA  98072 | $246.97 |
| 0011 | 1184 | Kinetikos Medical Inc.<br>6005 Hidden Valley Road<br>Suite 180<br>San Diego, CA  92121 | $314.97 |
| 0003 | 1183 | A to Z Signage<br>2104 Bandit Point<br>Edmond, OK  73003 | $16.84 |
| 0117 | 1182 | Martha Ford<br>13136 Eastridge Drive<br>Oklahoma City, OK  73170 | $38.39 |
| 0046 | 1181 | Marilyn Flinchum | $1,284.13 |

    14200 N. May Ave., #123
    Oklahoma City, OK  73134

---

Total                                                       $4,996.91

Dated: March 30, 2010       s/ Douglas N. Gould
                                        Douglas N. Gould, OBA #3500
                                        Douglas N. Gould, PLC
                                        6303 Waterford Blvd., Ste. 260
                                        Oklahoma City, Oklahoma 73118
                                        405.286.3338
                                        405.848.0492 Fax
                                        dg@dgouldlaw.com
                                        Trustee