

**Dated: November 17, 2010 11:52:25**

**The following is ORDERED:**

T.M. Weaver
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: MOORE MEDICAL CENTER, L.L.C., | Case No. 06-12867-WV |
| Debtor. | Chapter 7 |

### ORDER

The court, having considered the Application of Douglas N. Gould, Trustee of this case, for Order authorizing the remittance payment of misdirected payments. Based solely upon representations of the Trustee, the application was filed on October 29, 2010, and served upon all parties in interest pursuant to Local Bankruptcy Rule 9007. Therefore, the Appliaction should be granted.

IT IS THEREFORE ORDERED that Trustee is authorized to pay the sum of $365.92 to IBC Bank, for remittance payment of misdirected payments.

### ###

APPROVED:

_s/ Douglas N. Gould
Douglas N. Gould, OBA #3500
Douglas N. Gould, PLC
6303 Waterford Blvd., Ste. 260
Oklahoma City, OK  73118
(405) 286.3338
(405) 848.0492 FAX
Trustee