

**Dated: May 29, 2012, 10:33 AM**

**The following is ORDERED:**

T.M. Weaver
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:    Moore Medical Center, LLC    )
                                        )    Case Number: 06-12867-TMW
                                        )    Chapter:    7
                    Debtor              )

### ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Before the Court is the application of Midwest Maintenance, Inc. (hereinafter designated as "Claimant"), a claimant and creditor in the above-captioned case, for an order directing payment of funds held in the registry of the Court. Claimant represents that the Claimant has noticed the United States Attorney as required by 28 U.S.C. §§ 2041 et seq. Accordingly, the Court directs that all funds held in the registry of the Court or paid in pursuant to 11 U.S.C.§ 347 for the benefit of and awaiting the request of Claimant, in the approximate amount of $817.86, be paid to Midwest Maintenance, Inc., P.O. Box 12944, Oklahoma City, OK 73157.

###

Approved for Entry:

s/ Don Dage
Dated:  5/23/12